IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL GATES                                                                                    PLAINTIFF

V.                                        NO. 3:05CV00067 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED

IT IS SO ORDERED this 21st day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE